**TRIAL COURT NO. 323-98616J-13**
**COURT OF APPEALS NO. 02-14-00404-CV**
**SUPREME COURT NO. 15-0531**

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **M.N., V.W. AND Z.W., CHILDREN** | § | **323RD JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **CHILDREN** | § | **TARRANT COUNTY, TEXAS** |

## ORDER APPOINTING APPELLATE COUNSEL

Per the Supreme Court of Texas Opinion and Order dated April 1, 2016 regarding the above referenced cause numbers, the Trial Court hereby appoints appellate attorney Frank Adler to Represent Respondent Mother on the Petition for Review filed with the Supreme Court of Texas. Listed below is the appellant attorneys information.

Appellate Counsel:    Frank Adler

State Bar Number:    24056787

Address:    2501 Avenue J, Suite 100
Arlington, Texas 76006

Phone Number:    817-633-3838

Fax:    888-605-7225

Signed this ____ day of _____, 2016.

_____
HONORABLE DISTRICT COURT JUDGE TIM MENIKOS

**COURT'S MINUTES**
**TRANSACTION #** 148

_Respondent Mother's Original Answer and Counter-Petition_      _Page 1 of 1_